Brian E. Goldberg, Assistant United States Trustee     E-filed on August 31, 2015
State Bar # NY 3960952
Jonas V. Anderson, Attorney
State Bar # VA 78240
*jonas.v.anderson@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel.: (702) 388-6600, Ext. 227
Fax:  (702) 388-6658

Attorneys for the United States Trustee for Region 17
     TRACY HOPE DAVIS

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>PAHRUMP 88, LLC,<br><br>                              Debtor. | Case No: BK-S-15-11907-LED<br><br>Chapter 11<br><br>Date: September 1, 2015<br>Time: 9:30 a.m.<br>Place: LED-Courtroom 3, Foley Federal Bldg. |

**ADDENDUM TO THE MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY <u>PROCEDURE 1017(f) AND 9014, TO DISMISS CHAPTER 11 CASE</u>**

To the Honorable LAUREL E. DAVIS, United States Bankruptcy Judge**:**

     Tracy Hope Davis, United States Trustee for Region 17 (the "United States Trustee"), by and through undersigned counsel, hereby brings this short *Addendum to the Motion of the United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss Chapter 11 Case* (the "Addendum").  The Addendum supplements the United States Trustee's motion to dismiss this case [ECF No. 22], and sets forth the following points:

     1. Randy M. Creighton, Esq. ("Counsel"), counsel for Pahrump 88, LLC ("Debtor"), contacted the Office of the United States Trustee prior to the first meeting of creditors

scheduled in this case, which meeting of creditors was scheduled for May 14, 2015, to advise the Office of the United States Trustee that the Debtor's representative(s) would not be appearing at that meeting of creditors.

2. Counsel appeared at the Initial Debtor Interview ("IDI") in this case.

3. No manager, member or other representative of the Debtor has ever appeared at an IDI or meeting of creditors convened in this case.

4. The Debtor has not filed any operating reports in this case. [*See* Docket].

5. The Debtor has not paid any fees required under 28 U.S.C. 1930(a)(6) in this case, despite the Debtor's receiving multiple delinquency notices from the Office of the United States Trustee. *See Declaration of Donna Jensen*, attached hereto as "Exhibit A."

Dated: August 31, 2015

                                                          Respectfully submitted,

                                                          TRACY HOPE DAVIS
                                                          UNITED STATES TRUSTEE

                                                          By:  */s/ Jonas V. Anderson*
                                                          Jonas V. Anderson, Esq.
                                                          Attorney for the United States Trustee
                                                          United States Department of Justice

# **<u>EXHIBIT A</u>**

```
TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the U.S. Trustee
300 Las Vegas Blvd., #4300
Las Vegas, NV 89101
Telephone: (702) 388-6600
Fax: (702) 388-6658

By:     BRIAN GOLDBERG
        Assistant United States Trustee
        Email: brian.goldberg@usdoj.gov
```

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-S-15-11907-led |
|---|---|
| **PAHRUMP 88, LLC,** | Chapter 11 |
| Debtor. | |

DECLARATION OF DONNA JENSEN

I, Donna Jensen, declare as follows:

**1.** I am employed as a Paralegal Specialist / Quarterly Fee Coordinator in the Office of the United States Trustee, Region 17, San Francisco Division, 235 Pine Street, Suite 700, San Francisco, California 94104.

**2.** I make this declaration based on my own personal knowledge of the facts of this matter and based upon my review of the Chapter 11 Quarterly Fee Information and Collection System maintained by the United States Trustee Program. If called upon to do so, I could and would testify as to these facts.

DECL. – OF DONNA JENSEN                -1-

**3.**  On August 14, 2015, in my capacity as Quarterly Fee Coordinator, I sent an email advising Debtors' counsel of delinquent fees in this case. Attached as "Exhibit 1" is a true and correct copy of my August 14, 2015, email.

**4.**  On August 24, 2015, in my capacity as Quarterly Fee Coordinator, I sent an email advising Debtors' counsel of delinquent fees in this case. Attached as "Exhibit 2" is a true and correct copy of my August 24, 2015, email.

**5.**  On August 31, 2015, I reviewed the records in PACER for the above captioned chapter 11 case. The court's docket shows that the Debtor failed to file its monthly operating report.

**6.**  As of this date, Debtor owes estimated fees in the amount of $325 as follows:

2nd Q 2015 - $325 (estimated)

**Total**:    **$325**

**7.**  The foregoing fees have been estimated, because the Debtor has not filed its post confirmation quarterly reports.

I declare under penalty of perjury that the foregoing is true and correct this 31st day of August 2015, San Francisco, California.

   /s/ Donna Jensen

Exhibit 1

**Jensen, Donna  (USTP)**

---

| | |
|---|---|
| **From:** | Jensen, Donna  (USTP) |
| **Sent:** | Friday, August 14, 2015 10:03 AM |
| **To:** | 'randy@smallbusinessattorney.vegas' |
| **Subject:** | 15-11907 Pahrump 88 |

Dear Counsel,

According to our records, the debtor(s) on the above referenced case have failed to pay United States Trustee quarterly fees that were due **on or before June30, 2015** for **the 2nd quarter of 2015 in the amounts of $325.**  Please ensure that the debtor(s) make payment within ten 10 days of the date of this email if they have not already done so. Please mail payments to: U.S. Trustee Payment Center, P.O. Box 530202, Atlanta, GA 30353-0202.

Our records also indicate that the required financial report(s) have not been filed with the court.  **Please review the court docket to identify any missing report(s)** and ensure that the debtor(s) file the delinquent reports with the court within ten 10 days of the date of this email if they have not already done so.  **Please be advised, delinquent quarterly fees and/or reports are cause to bring a motion under §1112 for dismissal or conversion.**

Thank you for your attention to this matter.  If you should have any questions please contact me.

*This communication is not intended to prejudice or supersede any pending legal actions or alternative payment arrangements.  Please note that pursuant to 31 U.S.C. §3717, interest has been assessed on past due balances.  Debtors may not yet have received billings for recent adjustments after receipt of monthly operating reports.  Some of the listed balances may be based upon estimated disbursements because the debtors have failed to timely file monthly operating reports.  If you believe that any balance is inaccurate for this or any other reason, please advise us.  Recent payments may not yet have been credited.*

*Donna Jensen*
*Paralegal Specialist*
*Quarterly Fee Coordinator, Region #17*
*Office of the U.S.Trustee*
*235 Pine Street, Suite 700*
*San Francisco, CA 94104*
*(415)705-3342*

.

1

**Jensen, Donna  (USTP)**

| | |
|---|---|
| **From:** | Jensen, Donna  (USTP) |
| **Sent:** | Tuesday, August 25, 2015 8:04 AM |
| **To:** | 'randy@smallbusinessattorney.vegas' |
| **Subject:** | 15-11907 Pahrump 88, LLC |

Dear Counsel,

Despite the notice of delinquency sent to you by email on **August 13, 2015 and/or August 14, 2015**, the debtor has not yet paid United States Trustee quarterly fees in the amount of **$325**, **for the 2nd quarter 2015.**  Please contact me to discuss any balance that will not be paid immediately.

Thank you for your attention to this matter.

*This communication is not intended to prejudice or supersede any pending legal actions or alternative payment arrangements.  Please note that pursuant to 31 U.S.C. §3717, interest has been assessed on past due balances.  Debtors may not yet have received billings for recent adjustments after receipt of monthly operating reports.  Some of the listed balances may be based upon estimated disbursements because the debtors have failed to timely file monthly operating reports.  If you believe that any balance is inaccurate for this or any other reason, please advise us.  Recent payments may not yet have been credited.*

*Donna Jensen*
*Paralegal Specialist*
*Quarterly Fee Coordinator, Region 17*
*Office of the United States Trustee*
*235 Pine Street, Ste 700*
*San Francisco, CA 94104*
*415-705-3342*
*Donna.jensen@usdoj.gov*

1